**Jessie HILL, Plaintiff–Appellant**

v.

**Chris E. WILLIAMS, Circuit Judge,
Malvern, AR; Phillip H. Shirron, Cir-
cuit Judge, Grant County; John W.
Cole, Judge; Dan Harmon, Former
Prosecutor, Grant County; Harold
King, Former Deputy Prosecutor,
Grant County; Richard A. Garrett,
Deputy Prosecuting Attorney, Grant
County; Eddy R. Easley, Prosecuting
Attorney, Grant County; Norman B.
Frisby, Deputy Prosecuting Attorney,
Grant County; Estate of Sherman
Bell, Detective, Ouachita County; Bob
Adams, Grant County; Norman Mark
Klappenbach, Attorney, Fordyce, AR;
Estate of Joe Kelly Hardin, Assistant
Counsel; Does, Jurors/Alternate Ju-
rors, Grant County Trial September
1995; Bob Frazier, Attorney, Malvern,**

---

1. The Honorable Henry E. Autrey, United
States District Judge for the Eastern District
of Missouri.

AR; Crain, Attorney, Malvern, AR; Arkansas Attorney General, Office and Staff; City of Sheridan Arkansas, Defendants–Appellees.

No. 12–2425.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 24, 2012.

Filed: Oct. 25, 2012.

Jessie Hill, Tucker, AR, pro se.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

[Unpublished]

PER CURIAM.

Arkansas inmate Jessie Hill appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon our careful de novo review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review), we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.